IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
SEP 11 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-55-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| JAIRO SEBASTIAN VELA-DIAZ, | |
| Defendant. | |

This cause having come before the Court on the Defendant's Unopposed Motion for Extension of Time to file Motion to Continue (Doc. 34), and for good cause shown,

**IT IS HEREBY ORDERED** that the Defendant shall have up to and including **September 12, 2017**, to file his Motion to Continue Trial in this matter.

**IT IS FURTHER ORDERED** that Defendant's Unopposed Motion (Doc. 31) is **DENIED** as moot.

DATED this 11th day of September, 2017.

SUSAN P. WATTERS
United States District Judge

1