
FILED
SEP 11 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAIRO SEBASTIAN VELA-DIAZ, Defendant. | CR 17-55-BLG-SPW-2 ORDER |
|---|---|

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 36) and for good cause appearing,

IT IS HEREBY ORDERED that the indictment filed on May 4, 2017, in this case is **DISMISSED WITHOUT PREJUDICE** against the defendant, Jairo Sebastian Vela-Diaz.

IT IS FURTHER ORDERED that trial in this matter set for September 18, 2017 is **VACATED**.

DATED this 11th day of September, 2017.

SUSAN P. WATTERS
United States District Judge