IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAIRO SEBASTIAN VELA-DIAZ, <br><br> Defendant. | CR 17-55-BLG-SPW-2 <br><br> ORDER RELEASING DEFENDANT |

Pursuant to the Court's Order Dismissing the Indictment Without Prejudice (Doc. 38),

IT IS HEREBY ORDERED that Defendant, Jairo Sebastian Vela-Diaz, be released from the custody of the U.S. Marshals Service.

DATED this 12th day of September, 2017.

SUSAN P. WATTERS
United States District Judge

1